

PHILIP R. SELLINGER
United States Attorney

ALISA SHVER
Assistant United States Attorney

RECEIVED

AUG 16 2023

NOEL L. HILLMAN
U.S. DISTRICT JUDGE

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

401 Market Street, Fourth Floor
Camden, New Jersey 08101-2098

Direct Dial: 856.968.4864
Email: alisa.shver@usdoj.gov

August 17, 2023

**Via email**

Hon. Noel L. Hillman
Senior United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

    Re:    **U.S. v. Leotis Fowler, 1:22-cr-150 (NLH)**

Dear Judge Hillman,

    I am writing to request an extension to file the government's response in the above-captioned matter. The previously assigned assistant United States Attorney, SAUSA Crockett, left the office and the government inadvertently failed to file a response by the deadline as ordered.

    The government requests an adjournment of approximately 30 days, which should allow the government time to confer with the United States Probation Office and to file a response.

    Thank you for your consideration in this matter.

So Ordered this 18th day of August, 2023
Noel L. Hillman
Hon. Noel L. Hillman, USDJ

Respectfully,

PHILIP R. SELLINGER
United States Attorney

By: Alisa Shver
Assistant U.S. Attorney
District of New Jersey